**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| PETITION OF THE BOROUGH OF DOWNINGTOWN | : | No. 141 MAL 2018 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: FRIENDS OF KARDON PARK AND ANN FELDMAN | : | the Order of the Commonwealth Court |
| | : | |
| PETITION OF THE BOROUGH OF DOWNINGTOWN | : | No. 142 MAL 2018 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: FRIENDS OF KARDON PARK AND ANN FELDMAN | : | the Order of the Commonwealth Court |
| | : | |
| PETITION OF THE BOROUGH OF DOWNINGTOWN | : | No. 143 MAL 2018 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: FRIENDS OF KARDON PARK AND ANN FELDMAN | : | the Order of the Commonwealth Court |
| | : | |
| PETITION OF THE BOROUGH OF DOWNINGTOWN | : | No. 144 MAL 2018 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: FRIENDS OF KARDON PARK AND ANN FELDMAN | : | the Order of the Commonwealth Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of September, 2018, the Petition for Allowance of Appeal is **DENIED**.